# United States District Court
## Southern District of Georgia

Johnny McDonald

_____
Plaintiff

v.  Augusta, Georgia, et al.

_____
Defendant

Case No. 1:14-CV-00185-JRH-BKE

2014 OCT 10 P 2: 53

Appearing on behalf of

Johnny McDonald
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 10th day of October, 2014.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Kimberly A. Worth

Business Address: THRASHER LISS & SMITH, LLC
Firm/Business Name

5 Concourse Parkway, Suite 2600
Street Address

| Atlanta | GA | 30328 |
|---|---|---|
| Street Address (con't)  City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-760-6000 | | 500790 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: kworth@tlslaw.com